IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-01464-PSF-CBS

HENRY LEE GRIFFIN, JR.,

    Plaintiff,

v.

JOHN W. SUTHERS,
RICHARD A. SOARES,
DALE KUDLOCK,
GARY K. WATKINS,
AL ESTEP,
DR. A BLOOR, to all be sued jointly and severally in their official and individual capacity,

    Defendants.

## ORDER ON MOTION TO VACATE JUDGMENT

THIS MATTER is before the Court on Plaintiff Henry Lee Griffin, Jr.'s Affidavit and Motion to Vacate All Judgements [sic] Pursuant to Fed. R. Civ. P. 60(b)(6) (Dkt. # 315), filed on February 7, 2007.  Plaintiff requests that the Court vacate all judgments as well as several orders issued by both the Magistrate Judge and the undersigned.  Having considered the matters raised in this motion, the Court finds no legal or factual reason to vacate the Judgment entered on January 28, 2005 (Dkt. # 285) or any other order issued in this case.  Accordingly, plaintiff's Motion to Vacate (Dkt. # 315) is DENIED.

DATED: April 5, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge